UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
SHELBY DIVISION

| | |
|---|---|
| IN RE: ) | |
| CLEMMER'S CONSTRUCTION, LLC ) | CASE NO. 23-40136 |
| ) | CHAPTER 11 |
| Debtor. ) | |
| ) | |

## MOTION FOR AUTHORITY TO CONTINUE PAYROLL PRACTICES

**COMES NOW** the Debtor, Clemmer's Construction, LLC, by and through counsel, and moves the Court for entry of an order pursuant to Sections 105, 345, 363, 1107, and 1108 of Title 11 of the United States Code authorizing the Debtor to maintain current payroll practices as to its current employees/independent contractors.

## JURISDICTION

1. The Court has jurisdiction over the motion pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding within the meaning of 28 U.S.C. § 157(b). Venue of these proceedings and the Motion in this Court is proper under 28 U.S.C. §§ 1408 and 1409.

2. The statutory bases for the relief requested herein are sections 105, 345, 363, 1107, and 1108 of the Bankruptcy Code.

## BACKGROUND

3. On August 3, 2023 (the "Petition Date"), Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code (the "Chapter 11 Case"). Debtor is operating its business and managing its properties as a debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No examiner or statutory committee has yet been appointed in this Chapter 11 Case. David Nave has been appointed Subchapter V Trustee (the "Subchapter V Trustee").

4. As a small business debtor, the Debtor utilizes four or five individuals to operate equipment of the Debtor, and to provide labor. These individuals work on an "as needed" basis, and as a result, these

individuals requested that the Debtor pay them as independent contractors, and the Debtor has consistently paid these individuals as independent contractors.

5. It is the practice of the Debtor to disburse funds on Friday of each week to pay its independent contractors for the work performed that week, with the result that there is no "holdback" as to payment to these independent contractors.

6. The Debtor paid its independent contractors on August 3, 2023, the day of filing of the petition, with the result that there is no pre-petition obligation to these independent contractors, as they have been paid for their work through the date of filing of the petition.

7. The Debtor wishes to continue the practice of paying its independent contractors on Friday of each week for the work performed by them during that week as requested by the Debtor.

8. The Debtor does not propose any increase or decrease in the rate of compensation paid to its independent contractors.

**WHEREFORE,** the Debtor prays that the Court enter its order authorizing the Debtor to continue its practice of paying its independent subcontractors on Friday of each week, for work performed up to the close of business on that Friday.

This the 23rd day of August, 2023.

*/s/ R. Keith Johnson*
R. KEITH JOHNSON
Attorney for Debtor
1275 S. NC 16 Bus. Hwy.
Stanley, NC 28164
(704) 827-4200
NCSB 8840

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
SHELBY DIVISION

| | |
|---|---|
| IN RE: ) | |
| CLEMMER'S CONSTRUCTION, LLC ) | CASE NO. 23-40136 |
| ) | CHAPTER 11 |
| Debtor. ) | |
| _____ ) | |

## NOTICE OF HEARING

**NOTICE IS HEREBY GIVEN** that the Debtor has filed a MOTION FOR AUTHORITY TO CONTINUE PAYROLL PRACTICES, a copy of which is enclosed herewith and incorporated by reference. The Court will conduct a hearing of said motion on September 29, 2023, at 10:30 a.m. at the Cleveland County Courthouse, 100 Justice Place, 3rd Floor, Shelby, NC 28150.

This the 23rd day of August, 2023.

*/s/ R. Keith Johnson*
R. KEITH JOHNSON
Attorney for Debtor
1275 S. NC 16 Bus. Hwy.
Stanley, NC 28164
(704) 827-4200
NCSB 8840

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
SHELBY DIVISION

| | |
|---|---|
| IN RE: ) | |
| CLEMMER'S CONSTRUCTION, LLC ) | CASE NO. 23-40136 |
| ) | CHAPTER 11 |
| Debtor. ) | |
| ) | |

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on the below date, the undersigned served a copy of the **MOTION FOR AUTHORITY TO CONTINUE PAYROLL PRACTICES** either electronically or by depositing, enclosed in a postpaid wrapper, properly addressed to the following parties in interest, at their last known addresses as shown below, and to the entire creditor matrix, in a post office or official depository under the exclusive care and custody of the United States Postal Service:

Shelley Abel (ECF)
Bankruptcy Administrator

This the 23rd day of August, 2023.

/s/ R. Keith Johnson
R. KEITH JOHNSON
Attorney for Debtor
1275 S. NC 16 Bus. Hwy.
Stanley, NC 28164
(704) 827-4200
NCSB 8840

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0419-4<br>Case 23-40136<br>Western District of North Carolina<br>Shelby<br>Wed Aug 23 09:43:43 EDT 2023 | 1402 Mirror Lake Rd.<br>Lincolnton, NC 28092-7914 | Clemmer's Construction, LLC<br>1402 Mirror Lake Rd.<br>Lincolnton, NC 28092-7914 |
| Clemmer's Landscape, Inc.<br>1402 Mirror Lake Rd.<br>Lincolnton, NC 28092-7914 | Commercial Credit Group<br>525 N. Tryon St., Ste. 1000<br>Charlotte, NC 28202-0210 | Concrete Supply Co.<br>3823 Raleigh St.<br>Charlotte, NC 28206-2042 |
| Crete Solutions, LLC<br>2005 Eastwood Rd., Ste. 200<br>Wilmington, NC 28403-7233 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>P.O. Box 7317<br>Philadelphia, PA 19101-7317 |
| (c)R. KEITH JOHNSON<br>1275 S NC 16 BUSINESS HWY<br>STANLEY NC 28164-8822 | Niall T. McLachlan<br>Commercial Credit Group Inc<br>525 N. Tryon Street<br>Ste 1000<br>Charlotte, NC 28202-0210 | Michael Clemmer<br>1402 Mirror Lake Rd.<br>Lincolnton, NC 28092-7914 |
| NC Department of Revenue<br>P. O. Box 25000<br>Raleigh, NC 27640-0100 | James David Nave<br>James David Nave, Attorney<br>51 Lawrence Place<br>Asheville, NC 28801-1428 | North Carolina Department of Revenue<br>Bankruptcy Unit<br>P.O. Box 1168<br>Raleigh, NC 27602-1168 |
| U.S. Bankruptcy Administrator Office<br>401 W. Trade Street<br>Suite 2400<br>Charlotte, NC 28202-1633 | U.S. Securities Exchange<br>Office of Reorganization<br>950 East Paces Ferry Road, N.E.<br>Suite 900<br>Atlanta, GA 30326-1382 | (p)UNITED STATES ATTORNEY'S OFFICE WDNC ASHEV<br>100 OTIS STREET<br>ROOM 233<br>ASHEVILLE NC 28801-2688 |
| Westlake Financial<br>4751 Wilshire Blvd., #100<br>Los Angeles, CA 90010-3847 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Internal Revenue Service<br>320 Federal Place<br>Greensboro, NC 27401 | United States Attorney<br>Federal Courthouse Rm. 233<br>100 Otis Street<br>Asheville, NC 28801-2608 | |

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

R. Keith Johnson
1275 South Hwy 16
Stanley, NC 28164

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Commercial Credit Group Inc
525 N. Tryon St.
Suite 1000
Charlotte, NC 28202-0210

End of Label Matrix
Mailable recipients    18
Bypassed recipients     1
Total                  19