UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
SHELBY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| CLEMMER'S CONSTRUCTION, LLC | ) | CASE NO. 23-40136 |
| | ) | CHAPTER 11 |
| Debtor. | ) | |
| | ) | |

## MOTION TO APPROVE APPLICATION FOR ACCOUNTANT FEES AND EXPENSES

**COMES NOW** the Debtor, Clemmer's Construction, LLC, by and through counsel, and moves the Court to approve the attached APPLICATION FOR INTERIM ACCOUNTANT'S FEES AND REIMBURSEMENT OF EXPENSES of Edward P. Bowers, the accountant for the Debtor.

**WHEREFORE,** the Debtor prays that the Court enter its order approving the Bowers application and directing that the Debtor pay the amounts approved.

This the 13th day of November, 2023.

/s/ R. Keith Johnson
R. KEITH JOHNSON
Attorney for Debtor
1275 S. NC 16 Bus. Hwy.
Stanley, NC 28164
(704) 827-4200
NCSB 8840

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
SHELBY DIVISION

| | |
|---|---|
| IN RE: ) | |
| CLEMMER'S CONSTRUCTION, LLC ) | CASE NO. 23-40136 |
| ) | CHAPTER 11 |
| Debtor. ) | |
| _____ ) | |

### NOTICE OF OPPORTUNITY FOR HEARING
(No Protest Notice: No Hearing Will Be Held Unless Request For Hearing is Filed)

**TAKE NOTICE** that Clemmer's Construction, LLC has filed a **MOTION TO APPROVE APPLICATION FOR ACCOUNTANT FEES AND EXPENSES** with the Court. A copy of that motion is included with this notice.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the court to order the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before **fourteen (14) days** from the date of this notice, you or your attorney must do three things:

1. File a written response with the court **requesting that the court hold a hearing** and explaining your position. File the response at:

   Clerk, United States Bankruptcy Court
   Charles R. Jonas Federal Building
   401 W. Trade St.
   Charlotte, NC 28202

If you mail your request to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

2. On or before the date stated above for written responses, you must also mail or fax a copy of your written request to:

   R. Keith Johnson
   Law Office of R. Keith Johnson, P.A.
   1275 S. NC Bus. Hwy. 16
   Stanley, NC 28164

   Shelley Abel
   U. S. Bankruptcy Administrator
   402 W. Trade St.
   Charlotte, NC 28202

3.  **Attend the hearing scheduled for December 15, 2023 at 10:30 a.m. at the Cleveland County Courthouse, 100 Justice Place, Shelby, North Carolina.**

If you or your attorney do not take these steps, **A HEARING WILL NOT BE HELD,** and the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

This the 13th day of November, 2023.

*/s/ R. Keith Johnson*
R. KEITH JOHNSON
Attorney for Debtor
1275 S. NC 16 Bus. Hwy.
Stanley, NC 28164
(704) 827-4200
NCSB 8840

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
SHELBY DIVISION

| | |
|---|---|
| IN RE: ) | |
| CLEMMER'S CONSTRUCTION, LLC ) | CASE NO. 23-40136 |
| ) | CHAPTER 11 |
| Debtor. ) | |
| ) | |

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on the below date, the undersigned served a copy of the **MOTION TO APPROVE APPLICATION FOR ACCOUNTANT FEES AND EXPENSES** either electronically or by depositing, enclosed in a postpaid wrapper, properly addressed to the following parties in interest, at their last known addresses as shown below, <u>and to the entire creditor matrix</u>, in a post office or official depository under the exclusive care and custody of the United States Postal Service:

Clemmer's Construction, LLC
1402 Mirror Lake Rd.
Lincolnton, NC 28092

James David Nave (ECF)
Chapter 11 Trustee

Shelley Abel (ECF)
Bankruptcy Administrator

This the 13th day of November, 2023.

/s/ R. Keith Johnson
R. KEITH JOHNSON
Attorney for Debtor
1275 S. NC 16 Bus. Hwy.
Stanley, NC 28164
(704) 827-4200
NCSB 8840

**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CLEMMER'S CONSTRUCTION, LLC ) | Case #23-40136 |
| ) | Chapter 11 |
| ) | Subchapter V |
| Debtor ) | |
| ) | |
| _____) | |

APPLICATION FOR INTERIM ACCOUNTANT'S FEES AND
REIMBURSEMENT OF EXPENSES

   Edward P. Bowers, Certified Public Accountant, respectfully represents to the Court as follows:

   1.   That pursuant to Order of this Court, he was authorized to act as accountant for the debtor herein.

   2.   In his service for the debtor, your applicant has performed the services enumerated on the attached Exhibits which are incorporated herein by reference.

   3.   Your applicant feels that he has rendered valuable service to the debtor herein and request interim enumeration totaling the sum of $3,982.75 and expenses of $2.80 for a total of $3,985.55.

Dated:  November 9, 2023

Edward P. Bowers
Middleswarth, Bowers & Co., L.L.P.
219-A Wilmot Drive
Gastonia, NC  28054
(704) 867-2394

# EXHIBIT A
## SUMMARY OF PRIOR FEE APPLICATIONS

| Application Date | Accountant Fees Applied For | Accountant Expenses Applied For | Accountant Fees & Expenses Received | Order Date |
|---|---|---|---|---|
| None | | | | |

# EXHIBIT B
## USER TIME SUMMARY

|  | Title | Hours | Rate | Total |
|---|---|---|---|---|
| **Fees:** | | | | |
| Edward P. Bowers | Partner | 6.15 | 300.00 | 1,845.00 |
| Michael T. Bowers | Partner | 0.00 | 300.00 | 0.00 |
| Akiko Bowers | Bookeeper | 25.15 | 85.00 | 2,137.75 |
| | | | Total Fees | 3,982.75 |
| **Expenses:** | | | | |
| PACER Charges | | | | 2.80 |
| | | | Total Expenses | 2.80 |
| | | | Total Fees & Expenses | 3,985.55 |

EXHIBIT C

## Middleswarth, Bowers & Co. L.L.P.
### Invoice by WorkType with Subtotals
### Invoice #I-916

| Bill Date<br>Time Date | Client ID<br>Employee | Client Name<br>WorkCode | Hours | Amount | Description |
|---|---|---|---|---|---|
| 11/08/2023 | 2340136 | Clemmer's Construction, | | | |
| **WorkType:601A - Tax Issues** | | | | | |
| 09/15/2023 | EPB | 601 - TAX ISSUES | 1.1 | $330.00 | Meet with Michael re books and tax issues. |
| 09/15/2023 | EPB | 601 - TAX ISSUES | 0.75 | $225.00 | Research re ITIN's for workers and other employee requirements. |
| **Subtotal WorkType:601A - Tax Issues** | | | **1.85** | **$555.00** | |
| **WorkType:602A - Accounting Services** | | | | | |
| 09/18/2023 | EPB | 602 - ACCOUNTING | 0.5 | $150.00 | Work on setting up books. Work with AAB |
| 09/18/2023 | AAB | 602 - ACCOUNTING | 4.85 | $412.25 | Keypunch |
| 09/19/2023 | EPB | 602 - ACCOUNTING | 0.25 | $75.00 | Review bank records to determine completeness |
| 09/20/2023 | AAB | 602 - ACCOUNTING | 5.6 | $476.00 | Keypunch |
| 09/21/2023 | AAB | 602 - ACCOUNTING | 4.8 | $408.00 | Keypunch |
| 09/25/2023 | EPB | 602 - ACCOUNTING | 0.2 | $60.00 | Call with KJ re schedules. Download and review bank statement. |
| 09/26/2023 | AAB | 602 - ACCOUNTING | 1.3 | $110.50 | Keypunch |
| 09/26/2023 | AAB | 602 - ACCOUNTING | 1.1 | $93.50 | Work on spreadsheet |
| 09/27/2023 | AAB | 602 - ACCOUNTING | 3.15 | $267.75 | Keypunch |
| 09/28/2023 | AAB | 602 - ACCOUNTING | 2.6 | $221.00 | Spreadsheet reports |
| 10/04/2023 | AAB | 602 - ACCOUNTING | 0.25 | $21.25 | Work on spreadsheet |
| 10/04/2023 | EPB | 602 - ACCOUNTING | 0.1 | $30.00 | Email August info to Clemmer for descriptions. |
| 10/16/2023 | AAB | 602 - ACCOUNTING | 0.5 | $42.50 | Phone call with Michael and enter data on spreadsheet |
| 10/16/2023 | AAB | 602 - ACCOUNTING | 0.25 | $21.25 | Work on report |
| 10/16/2023 | AAB | 602 - ACCOUNTING | 0.25 | $21.25 | Print bank statements and redact acct. Scan same |
| 11/06/2023 | AAB | 602 - ACCOUNTING | 0.5 | $42.50 | Enter bank info |
| **Subtotal WorkType:602A - Accounting Services** | | | **26.200000000** | **$2,452.75** | |
| **WorkType:603A - Forensic Services** | | | | | |
| 08/03/2023 | EPB | 603 - FORENSIC | 0.4 | $120.00 | Call with Keith Johnson re case and requirements. |
| 09/11/2023 | EPB | 603 - FORENSIC | 0.15 | $45.00 | Call with Clemmer. Email to Johnson. |
| 09/15/2023 | EPB | 603 - FORENSIC | 0.1 | $30.00 | Call with K Johnson |

**EXHIBIT C**

Page 2 of 2

## Middleswarth, Bowers & Co. L.L.P.

### Invoice by WorkType with Subtotals
### Invoice #I-916

| Bill Date<br>Time Date | Client ID<br>Employee | Client Name<br>WorkCode | Hours | Amount | Description |
|---|---|---|---|---|---|
| 11/08/2023 | 2340136 | Clemmer's Construction, | | | |
| 09/26/2023 | EPB | 603 - FORENSIC | 0.4 | $120.00 | Work with AAB re needed schedules |
| 09/26/2023 | EPB | 603 - FORENSIC | 0.35 | $105.00 | Work with AAB re insiders |
| 09/28/2023 | EPB | 603 - FORENSIC | 0.5 | $150.00 | Work on 90 Days vendor listing. Work with AAB. Call from Johnson |
| 09/28/2023 | EPB | 603 - FORENSIC | 0.2 | $60.00 | Complete insider. Email to Johnson. |
| 10/10/2023 | EPB | 603 - FORENSIC | 0.1 | $30.00 | Email reminder re monthly status report info needed. |
| 10/13/2023 | EPB | 603 - FORENSIC | 0.1 | $30.00 | Call re status report info |
| 10/16/2023 | EPB | 603 - FORENSIC | 0.1 | $30.00 | Call with Mike re status report info |
| 10/16/2023 | EPB | 603 - FORENSIC | 0.75 | $225.00 | Work with AAB on status report info. Prepare draft of status report. Call with Clemmer. |
| 10/31/2023 | EPB | 603 - FORENSIC | 0.1 | $30.00 | Text to Clemmer re info needed. |
| **Subtotal WorkType:603A - Forensic Services** | | | **3.2500000000** | **$975.00** | |
| **WorkType:Expenses - TEX** | | | | | |
| 09/30/2023 | | 815 - Research Pacer for | | $2.80 | |
| **Subtotal WorkType:Expenses - TEX** | | | | **$2.80** | |
| **Invoice Total:** | | | **31.300000000** | **$3,985.55** | |

```
Label Matrix for local noticing      1402 Mirror Lake Rd.              Clemmer's Construction, LLC
0419-4                                Lincolnton, NC 28092-7914         1402 Mirror Lake Rd.
Case 23-40136                                                           Lincolnton, NC 28092-7914
Western District of North Carolina
Shelby
Mon Nov 13 09:58:03 EST 2023

Clemmer's Landscape, Inc.             Commercial Credit Group           Concrete Supply Co.
1402 Mirror Lake Rd.                  525 N. Tryon St., Ste. 1000       3823 Raleigh St.
Lincolnton, NC 28092-7914             Charlotte, NC 28202-0210          Charlotte, NC 28206-2042


Concrete Supply Co., Inc.             Crete Solutions, LLC              Crete Solutions, LLC
Rita Jenkins                          Ward and Smith, P.A.              2005 Eastwood Rd., Ste. 200
PO Box 5247                           c/o J. Michael Fields, Esq.       Wilmington, NC 28403-7233
Charlotte, NC 28299-5247              Post Office Box 8088
                                      Greenville, NC 27835-8088


Crete Solutions, LLC                  James Michael Fields              (p)INTERNAL REVENUE SERVICE
c/o J. Michael Fields, Esq.           Ward and Smith, P.A.              CENTRALIZED INSOLVENCY OPERATIONS
Post Office Box 8088                  PO Box 8088                       PO BOX 7346
Greenville, NC 27835-8088             Greenville, NC 27835-8088         PHILADELPHIA PA 19101-7346


Internal Revenue Service              (c)R. KEITH JOHNSON               Niall T. McLachlan
P.O. Box 7317                         1275 S NC 16 BUSINESS HWY         Commercial Credit Group Inc
Philadelphia, PA 19101-7317           STANLEY NC  28164-8822            525 N. Tryon Street
                                                                        Ste 1000
                                                                        Charlotte, NC 28202-0210


Michael Clemmer                       NC Department of Revenue          James David Nave
1402 Mirror Lake Rd.                  P. O. Box 25000                   James David Nave, Attorney
Lincolnton, NC 28092-7914             Raleigh, NC 27640-0100            51 Lawrence Place
                                                                        Asheville, NC 28801-1428


North Carolina Department of Revenue  Carl H. Petkoff                   U.S. Bankruptcy Administrator Office
Bankruptcy Unit                       Maynard Nexsen PC                 401 W. Trade Street
P.O. Box 1168                         Post Office Box 486               Suite 2400
Raleigh, NC 27602-1168                Charleston, SC 29402-0486         Charlotte, NC 28202-1633


U.S. Securities Exchange              (p)UNITED STATES ATTORNEY'S OFFICE WDNC ASHEV   Westlake Financial
Office of Reorganization              100 OTIS STREET                   4751 Wilshire Blvd., #100
950 East Paces Ferry Road, N.E.       ROOM 233                          Los Angeles, CA 90010-3847
Suite 900                             ASHEVILLE NC 28801-2688
Atlanta, GA 30326-1382


Westlake Financial Services
4751 Wilshire Blvd, Suite 100
Los Angeles, CA 90010-3847
```

                The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
                by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Internal Revenue Service<br>320 Federal Place<br>Greensboro, NC 27401 | United States Attorney<br>Federal Courthouse Rm. 233<br>100 Otis Street<br>Asheville, NC 28801-2608 |

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

R. Keith Johnson
1275 South Hwy 16
Stanley, NC 28164

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Edward P Bowers | (d)Commercial Credit Group Inc<br>525 N. Tryon St.<br>Suite 1000<br>Charlotte, NC 28202-0210 | (u)Concrete Supply Co., Inc. |

End of Label Matrix
Mailable recipients    24
Bypassed recipients     3
Total                  27