

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Shelby Division**

Case No. 23−40136
Chapter 11

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
Clemmer's Construction, LLC
1402 Mirror Lake Rd.
Lincolnton, NC 28092
Social Security No.:
Debtor EIN:
88−3539899

# ORDER SETTING CONFIRMATION HEARING AND FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN

A proposed plan under Chapter 11, Subchapter V of the Bankruptcy Code having been filed by the above referenced debtors(s) on

1. By **December 26, 2023** , the plan and a ballot conforming to Official Form 314 shall be transmitted by the debtor by mail to creditors, equity security holders, and other parties in interest as provided in Rule 3017(d).

2. **January 21, 2024** is fixed as the last day for filing written acceptances or rejections of the plan referred to above.

3. **January 21, 2024** is fixed as the last day for filing and serving written objections to confirmation of the plan pursuant to Rule 3020(b)(1).

4. **January 26, 2024** at 10:30 AM at the Cleveland County Courthouse, 100 Justice Place, 3rd Floor, Courtroom 5, Shelby, NC 28150 is fixed for the hearing on confirmation of the plan.

**SO ORDERED.**
Dated: December 18, 2023                                BY THE COURT

                                                        J. Craig Whitley
                                                        United States Bankruptcy Judge

Electronically filed and signed (12/18/23)