**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**SHELBY DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| CLEMMER'S CONSTRUCTION, LLC | ) | CASE NO. 23-40136 |
| | ) | CHAPTER 11 |
| Debtor. | ) | |
| | ) | |

## BALLOT

    Clemmer's Construction, LLC is the Debtor in the above captioned bankruptcy case. The Debtor filed a Chapter 11 Small Business Plan Subchapter V on December 15, 2023 [Doc. 65 (the "Plan"). This Ballot has been prepared to reflect the class(es) in which you are eligible to vote. Do not vote on this Ballot if you do not hold a Claim against the Debtor. You should complete and return one Ballot for each class of Claim that you hold against the Debtor. If you have Claims or interests in more than once class, you may cast more than one Ballot, one for each class that you hold. Claimants submitting multiple Ballots shall be deemed to have voted in the manner of the last Ballot cast as applicable.

    Only fully completed and signed ballots will be counted. Review the Plan before voting. You may wish to consult with an attorney before you vote. You must return your completed and signed ballot to Debtor's counsel so that it is actually received on or before January 21, 2024. The address for Debtor's counsel is:

Law Office of R. Keith Johnson, P.A.
R. Keith Johnson
1275 S. NC 16 Bus. Hwy.
Stanley, NC 28164

    If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

*[Remainder of Page Left Blank]*

**PLEASE READ THE VOTING INFORMATION AND INSTRUCTIONS BEFORE COMPLETING THIS BALLOT**

This ballot does not constitute a Claim. Receipt of this ballot does not signify that your Claim is allowed. By returning this ballot, the holder of a Claim certifies that it (a) has full power and authority to vote to accept or reject the Plan with respect to the Claim identified below and (b) has had an opportunity to review a copy of the Plan and understands that solicitation of votes for the Plan is subject to all terms and conditions set forth in the Plan. The undersigned certifies that it holds a claim in the amount stated.

## **CLASS OF CLAIM:**

1. **Allowed Secured Claims of Commercial Credit Group, Inc.**

    1. Amount of Claim: _____

    Accepts Plan _____    Rejects Plan _____

2. **Secured Claim of Westlake Services, LLC**

    Amount of Claim: _____

    Accepts Plan _____    Rejects Plan _____

3. **Claim of Internal Revenue Service**

    Amount of Claim: _____

    Accepts Plan _____    Rejects Plan _____

4. **General Unsecured Claims**

    Amount of Claim: _____

    Accepts Plan _____    Rejects Plan _____

5. **Equity Interest in the Debtor – Not impaired**

By signing this Ballot, the undersigned certifies that it is either (a) a creditor with a Claim to which this Ballot pertains that is designated in a class of Claims pursuant to the Debtor's Plan, or (b) an authorized signatory of such creditor and has full power and authority to vote to accept or reject the Plan. The undersigned further acknowledges that such vote is subject to the terms and conditions set forth in the Plan.

Name of Creditor: _____

Name of person completing Ballot: _____

Title: _____

Signature: _____

Address: _____

Telephone Number: _____

Date Completed: _____