UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
SHELBY DIVISION

IN RE:                                              )
                                                    )
CLEMMER'S CONSTRUCTION, LLC                         )   CASE NO. 23-40136
                                                    )   CHAPTER 11
              Debtor.                               )
_____)

INTERIM APPLICATION OF R. KEITH JOHNSON
FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD FROM 21 NOVEMBER 2023 THROUGH 8 JANUARY 2024

Name of Applicant:   R. Keith Johnson

Authorized to Provide Professional Services to:   Clemmer's Construction, LLC

Date of Retention:   19 July 2023

Compensation and reimbursement is sought for the period from 21 November 2023 through 8 January 2024. R. Keith Johnson has not yet received any payments for services rendered or expenses incurred during this period.

Amount of compensation sought as actual, reasonable, and necessary:   $6,625.00
Amount of expense reimbursement sought as actual, reasonable, and necessary:   $84.98

This is a/an: _____ monthly   XXXX interim   _____ final application

If this is not the first application filed, disclose the following for each prior application:

| Date Filed | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 8/30/2023 | 8/4/2023 – 8/29/2023 | $11,100.00 | $44.60 | $11,100.00 | $44.60 |
| 10/13/2023 | 8/30/2023 – 10/13/2023 | $8,675.00 | $0.00 | $8,675.00 | $0.00 |
| 11/21/2023 | 10/14/2023 – 11/20/2023 | $5,275.00 | $5,275.00 | $20.70 | $20.70 |
| | | | | | |
| | | | | | |

1

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
SHELBY DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CLEMMER'S CONSTRUCTION, LLC ) | CASE NO. 23-40136 |
| ) | CHAPTER 11 |
| Debtor. ) | |
| _____ ) | |

## INTERIM APPLICATION OF R. KEITH JOHNSON FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM 21 NOVEMBER 2023 THROUGH 8 JANUARY 2024

Pursuant to sections 330 and 331 under title 12 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code") and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), R. Keith Johnson ("Johnson") hereby requests that this Court award him reasonable compensation for professional services rendered as counsel to the above-captioned debtor (the "Debtor") in the amount of $6,625.00, together with reimbursement for actual and necessary expenses incurred in the amount of $84.98 for the period commencing 21 November 2023 through 8 January 2024 (the "Fee Period"). In support of this application (the "Application"), Johnson respectfully represents and states as follows:

### BACKGROUND

1.    Johnson was retained to represent the Debtor as counsel to the Debtor in connection with this bankruptcy case. Johnson agreed to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

### COMPENSATION TO BE PAID AND ITS SOURCE

2.    All services for which Johnson requests compensation were performed for or on behalf of the Debtor.

3.    Attached hereto as <u>Exhibit A</u> is a detailed statement of fees incurred during the Fee Period, showing the amount of $6,625.00 due for compensation for the various services rendered.

### DISBURSEMENTS

4.    Johnson has incurred out-of-pocket disbursements during the Fee Period in the amount of $84.98 and is listed on <u>Exhibit A</u> hereto.

## VALUATION OF SERVICES

5. The nature of the work performed, and the cost of these services performed by Johnson is fully set forth in attached <u>Exhibit A</u>. The rates charged by Johnson professionals are the normal hourly rates charged by Johnson for work of this character. In the Debtor's opinion, the reasonable value of the services rendered by Johnson to the Debtor during the Fee Period far exceeds the fees charged by Johnson.

6. In accordance with the factors enumerated in 11 U.S.C. § 330, the amount requested is fair and reasonable given (a) the complexity of the case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

## NOTICE

7. Notice of this Application has been given to (a) the Bankruptcy Administrator for the Western District of North Carolina, (b) those parties requesting notice pursuant to Bankruptcy Rule 2002, (c) the Subchapter V Trustee, and (d) the Debtor.

**WHEREFORE,** Johnson requests that allowance be made to him in the sum of $6,625.00 as compensation for necessary professional services rendered to the Debtor for the Fee Period and the sum of $84.98 for reimbursement of actual, necessary costs and expenses incurred during that period, and further requests such other and further relief as this Court may deem just and proper. The total amount requested to be paid is $6,709.98.

Dated: January 8, 2024        LAW OFFICES OF R. KEITH JOHNSON, P.A.

<i>/s/ R. Keith Johnson</i>
R. KEITH JOHNSON
1275 S. NC Bus. Hwy. 16
Stanley, NC 28164
(704) 827-4200
NCSB #8840

*Counsel for the Debtor*

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
SHELBY DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| CLEMMER'S CONSTRUCTION, LLC | ) CASE NO. 23-40136 |
| | ) CHAPTER 11 |
| Debtor. | ) |
| | ) |

### NOTICE OF OPPORTUNITY FOR HEARING

PLEASE TAKE NOTICE that R. Keith Johnson, counsel for Clemmer's Construction, LLC (the "Debtor"), has filed an **Interim Application for Allowance of Compensation and Reimbursement of Expenses for the Period from 21 November 2023 through 8 January 2024.** R. Keith Johnson is seeking allowance of fees in the total amount of $6,625.00 and expenses in the total amount of $84.98 for the period from 21 November 2023 through 8 January 2024.

PLEASE TAKE FURTHER NOTICE THAT YOUR RIGHTS MAY BE AFFECTED BY THIS APPLICATION. YOU SHOULD READ THE APPLICATION CAREFULLY AND DISCUSS IT WITH YOUR ATTORNEY. IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT WITH ONE.

PLEASE TAKE FURTHER NOTICE that in order for a hearing to be held on the Application, written responses to the Application, if any, must be filed on or before fourteen (14) days of the date of this notice (the "Response Deadline") in order to be considered. If you do not want the Court to grant the relief requested in the Application, or if you oppose the Application in any way, you MUST:

(1)    File a formal, written response to the Application(s) with the Bankruptcy Court at:

      Clerk, United States Bankruptcy Court
      Charles R. Jonas Federal Building
      401 West Trade Street, Room 111
      Charlotte, NC 28202

(2)    Serve a copy of your response on all parties in interest, including:

      U. S. Bankruptcy Administrator
      402 West Trade Street
      Charlotte, NC 28202

      R. Keith Johnson
      Law Offices of R. Keith Johnson, P.A.
      1275 S. NC 16 Bus. Hwy.
      Stanley, NC 28164

PLEASE TAKE FURTHER NOTICE that **IF RESPONSES ARE TIMELY FILED, a hearing on the Application will be held on January 26, 2024 at 10:30 a.m. (ET)** before the Honorable J. Craig Whitley at the Cleveland County Courthouse, 100 Justice Place, Shelby, North Carolina 28150.

PLEASE TAKE FURTHER NOTICE that, if you or your attorney do not file a written response to the Application on or before the Response Deadline, the Court may grant the relief requested in the Application without a hearing. No further notice of the Application will be given.

Dated: January 8, 2024

LAW OFFICES OF R. KEITH JOHNSON, P.A.

*/s/ R. Keith Johnson*
R. KEITH JOHNSON
1275 S. NC Bus. Hwy. 16
Stanley, NC 28164
(704) 827-4200
NCSB #8840

*Counsel for the Debtor*

**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
SHELBY DIVISION**

| | |
|---|---|
| IN RE: | ) |
| | ) |
| **CLEMMER'S CONSTRUCTION, LLC** | ) CASE NO. 23-40136 |
| | ) CHAPTER 11 |
| Debtor. | ) |
| | ) |

**CERTIFICATE OF SERVICE**

**THIS IS TO CERTIFY** that on the below date, the undersigned served a copy of the Interim Application of R. Keith Johnson for Allowance of Compensation and Reimbursement of Expenses and Notice of Opportunity for Hearing for same either electronically or by depositing, enclosed in a postpaid wrapper, to the following parties in interest, at their last known addresses as shown below, in a post office or official depository under the exclusive care and custody of the United States Postal Service:

Clemmer's Construction, Debtor
*Via e-mail*

Niall T. McLachlan, Esq. (ECF)
Commercial Credit Group Inc.

J. Michael Fields, Esq. (ECF)
Ward and Smith, P.A.

Carl H. Petkoff, Esq. (ECF)
Maynard Nexsen

James David Nave (ECF)
Chapter 11 Trustee

Shelley Abel (ECF)
Bankruptcy Administrator

Dated: January 8, 2024

                                                LAW OFFICES OF R. KEITH JOHNSON, P.A.
                                                */s/ R. Keith Johnson*
                                                R. KEITH JOHNSON,
                                                Counsel for the Debtor
                                                1275 S. NC 16 Bus. Hwy.
                                                Stanley, NC 28164
                                                (704) 827-4200
                                                NCSB 8840

| | | | Statement Date: | January 8, 2024 |
|---|---|---|---|---|
| CLEMMER'S CONSTRUCTION, LLC | | | Statement No. | 914 |
| Michael Clemmer | | | Account No. | 535.00 |
| 1402 Mirror Lake Rd. | | | | Page: 1 |
| Lincolnton, NC  28092 | | | | |

Interim Statement

### Fees

| Date | Atty | Description | Rate | Hours | |
|---|---|---|---:|---:|---:|
| 11/21/2023 | RKJ | Review proposed September monthly report, and memo to Bowers regarding revisions (.45); | 500.00 | 0.45 | 225.00 |
| | RKJ | Review revised Ex. D (.2); | 500.00 | 0.20 | 100.00 |
| 11/22/2023 | RKJ | Review monthly report for October (.45); | 500.00 | 0.45 | 225.00 |
| | RKJ | Telephone conference with Bowers (.15); | 500.00 | 0.15 | 75.00 |
| | RKJ | Review final September report (.4); | 500.00 | 0.40 | 200.00 |
| | RKJ | Telephone conference with Michael regarding signing reports (.1); | 500.00 | 0.10 | 50.00 |
| 11/27/2023 | RKJ | Review proof of claim filed by Rickey's Trucking (.25); | 500.00 | 0.25 | 125.00 |
| | RKJ | Telephone conference with Michael regarding response to same (.2); | 500.00 | 0.20 | 100.00 |
| 11/29/2023 | RKJ | Telephone conference with Michael regarding details regarding (1) sale of CAT excavator, and (2) excavator thrown off trailer (.35); | 500.00 | 0.35 | 175.00 |
| | RKJ | Review proof of claim filed by Rickey's Trucking (.25); | 500.00 | 0.25 | 125.00 |
| 12/11/2023 | RKJ | Telephone conference with Geoff Planner regarding claim regarding CAT excavator (.25) | 500.00 | 0.25 | 125.00 |
| | RKJ | Telephone conference with Bowers regarding deadline for plan (.2); | 500.00 | 0.20 | 100.00 |
| | RKJ | Telephone conference with Michael regarding issues (fees, CAT excavator, etc.) (.25); | 500.00 | 0.25 | 125.00 |
| 12/14/2023 | RKJ | Review claims & schedules, and preparation of Ch 11 plan (3.4); | 500.00 | 3.40 | 1,700.00 |
| 12/15/2023 | RKJ | Continue preparation of Ch 11 plan (1.9); | 500.00 | 1.90 | 950.00 |
| | RKJ | Review and revise plan previsions (.6); | 500.00 | 0.60 | 300.00 |
| | RKJ | Prepare liquidation analysis (.8); | 500.00 | 0.80 | 400.00 |
| | RKJ | Telephone conference with Bowers regarding financial projections (.25); | 500.00 | 0.25 | 125.00 |
| | RKJ | Review November monthly report (.6); | 500.00 | 0.60 | 300.00 |
| | RKJ | Review proposed changes to plan provisions regarding CCG (from McLachlan) (.4); | 500.00 | 0.40 | 200.00 |

|  |  |  | Page: | 2 |
|---|---|---|---|---|
| CLEMMER'S CONSTRUCTION, LLC |  |  |  | 01/08/2024 |
|  |  |  | Account No: | 535-00M |
|  |  |  | Statement No: | 914 |

|  |  |  | Rate | Hours |  |
|---|---|---|---|---|---|
|  | RKJ | Revise plan (.2); | 500.00 | 0.20 | 100.00 |
|  | RKJ | Revise plan (.2); | 500.00 | 0.20 | 100.00 |
|  | RKJ | Memo to McLachlan (.2); | 500.00 | 0.20 | 100.00 |
|  | RKJ | Telephone conference with Bowers regarding projections (.4); | 500.00 | 0.40 | 200.00 |
|  | RKJ | Office conference with Clemmer regarding projections (.5); | 500.00 | 0.50 | 250.00 |
| 12/18/2023 | RKJ | Review Order establishing plan deadlines, and prepare ballot (.3); | 500.00 | 0.30 | 150.00 |
|  |  | For Current Services Rendered |  | 13.25 | 6,625.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| R. Keith Johnson | 13.25 | $500.00 | $6,625.00 |

Expenses

| 12/18/2023 | Postage & Copies | 84.98 |
|---|---|---|
|  | Total Expenses | 84.98 |
|  | Total Current Work | 6,709.98 |
|  | Balance Due | $6,709.98 |

Billing History

| Fees | Hours | Expenses | Advances | Finance Charge | Payments |
|---|---|---|---|---|---|
| 6,625.00 | 13.25 | 84.98 | 0.00 | 0.00 | 0.00 |