|  | Exhibit A | | | |
|---|---|---|---|---|
|  | 2024 | 2025 | 2026 | |
| Income | $ 1,519,992.00 | $ 1,519,992.00 | $ 1,519,992.00 | |
|  | | | | |
| Expenses | | | | |
| Fuel | $ 53,188.00 | $ 53,188.00 | $ 53,188.00 | |
| Job Materials | $ 332,151.00 | $ 332,151.00 | $ 332,151.00 | |
| Marketing | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | |
| [ ] | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | <- unidentified expense |
|  | | | | |
| Insurance | $ 43,043.00 | $ 43,043.00 | $ 43,043.00 | |
| Office Expenses | $ 600.00 | $ 600.00 | $ 600.00 | |
|  | | | | |
| Officer Pay | $ 150,000.00 | $ 150,000.00 | $ 150,000.00 | |
|  | | | | |
| Sub Contractors | $ 19,000.00 | $ 19,000.00 | $ 19,000.00 | |
| Taxes and Licenses | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | |
| Utilities | $ 3,800.00 | $ 3,800.00 | $ 3,800.00 | |
|  | | | | |
| Repairs and Maintenance | $ 24,274.00 | $ 24,274.00 | $ 24,274.00 | |
| Tools | $ 19,000.00 | $ 19,000.00 | $ 19,000.00 | |
| Rental-Equipment | $ 44,092.00 | $ 44,092.00 | $ 44,092.00 | |
| Contract Hauling | $ 78,485.00 | $ 78,485.00 | $ 78,485.00 | |
| Food (Labor & Out-of-Town Jobs) | $ 20,913.00 | $ 20,913.00 | $ 20,913.00 | |
| Labor | $ 495,781.00 | $ 495,781.00 | $ 495,781.00 | |
| Mulching | $ 7,300.00 | $ 7,300.00 | $ 7,300.00 | |
| Landfill Fees | $ 6,228.00 | $ 6,228.00 | $ 6,228.00 | |
| total expenses | $ 1,301,355.00 | $ 1,301,355.00 | $ 1,301,355.00 | |
|  | | | | |
| Net available for plan payments | $ 218,637.00 | $ 218,637.00 | $ 218,637.00 | |
| ~~Less Secured Payments to Ally~~ | ~~$ 11,292.00~~ | ~~$ 11,292.00~~ | ~~$ 11,292.00~~ | no claim for Ally |
| Less Secured Payments to Westlake | $ 7,276.00 | $ 7,276.00 | $ 7,276.00 | Class 2 |
| Less Secured Debt Payments to CCG | $ 110,808.00 | $ 110,808.00 | $ 110,808.00 | Class 1 |
| Less Ch 11 Admin Fees | $ 4,000.00 | $ - | $ - | |
|  | | | | |
| Net Available | $ 96,553.00 | $ 100,553.00 | $ 100,553.00 | <-additional distributions available in 2025 and 2026 |